UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Javeon Giddens,

       Plaintiff,

v.                                               Civ. No. 05-1763 (JNE/RLE)
                                               ORDER
Officers Porras, Lynch, Justin Merten,
Michael Young, One Unknown Officer,
and the City of Minneapolis,

       Defendants.

In a Report and Recommendation dated July 27, 2006, the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, recommended that Defendants' Motion for Summary Judgment be granted and that this action be dismissed with prejudice.  Plaintiff objected to the Report and Recommendation.  The Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation.  Therefore, IT IS ORDERED THAT:

1.    Defendants' Motion for Summary Judgment [Docket No. 16] is GRANTED.

2.    This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  August 29, 2006

                                     s/  Joan N. Ericksen
                                     JOAN N. ERICKSEN
                                     United States District Judge